UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LINA CORREA,<br><br>        Plaintiff,<br><br>   v.<br><br>M. DUNNE, *et al*.<br><br>        Defendants. | Case No. 1:22-cv-00872-JLT-CDB<br><br>ORDER GRANTING PLAINTIFF'S UNOPPOSED MOTION FOR LEAVE TO FILE SECOND AMENDED COMPLAINT<br><br>(Doc. 26) |

     On July 14, 2022, Defendants filed a notice of removal of this action from Kings County Superior Court. (Doc. 1). Thereafter, the parties stipulated to Plaintiff filing a first amended complaint pursuant to Federal Rule of Civil Procedure 15(a)(2), on December 9, 2022. (Docs. 20-21).

     On April 13, 2023, Plaintiff filed an unopposed motion for leave to file a second amended complaint. (Doc. 26). Plaintiff notes her proposed second amended complaint has identified the two necessary defendants for this action and that good cause exists to amend. *Id*. (citing *Foman v. Davis*, 371 U.S. 178, 182 (1962)).

     On April 17, 2023, Defendants filed a notice of non-opposition to Plaintiff's motion for leave to file a second amended complaint. (Doc. 27). In light of Defendants' non-opposition and based on its own, independent review of the *Foman* analysis set forth in Plaintiff's motion, the Court agrees with the analysis and incorporates it herein.

Accordingly, in light of Plaintiff's representations, the lack of opposition thereto, and for good cause appearing, IT IS HEREBY ORDERED:

1. Plaintiff's motion for leave to file second amended complaint (Doc. 26) is GRANTED;
2. Given Plaintiff and Defendants' agreement to dismiss certain individual defendants (Docs. 26-5 at ¶ 3, 27 at p. 1), the parties shall confer and execute a stipulation of dismissal of the relevant defendants pursuant to Rule 41(a)(1)(A)(ii), Fed. R. Civ. P.; and
3. Within five days of the date of this Order, Plaintiff shall file concurrently the executed stipulation pursuant to Rule 41(a)(1)(A)(ii) and the second amended complaint.

IT IS SO ORDERED.

Dated: **April 18, 2023**

UNITED STATES MAGISTRATE JUDGE