UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LINA CORREA,<br><br>        Plaintiff,<br><br>    v.<br><br>M. DUNNE, *et al*.<br><br>        Defendants. | Case No. 1:22-cv-00872-JLT-CDB<br><br>ORDER ON STIPULATED REQUEST EXTENDING DISCOVERY DATES <u>AS MODIFIED</u><br><br>ORDER VACATING SETTLEMENT CONFERENCE<br><br>(Doc. 36) |

      On April 21, 2023, the Court ordered on the parties' stipulated request that the period for taking nonexpert discovery be extended to August 30, 2023, for the purpose of undertaking additional discovery in connection with two newly added defendants. (Doc. 34). The Order also provided that the deposition of third-party Adrian Madrigal could proceed after August 30, 2023, but that all other nonexpert discovery be completed on or before that date. *Id*. at 2. Further, the Court modified the expert discovery schedule as follows: expert disclosures on or before August 30, 2023; rebuttal expert disclosures on or before September 30, 2023; expert discovery to close on November 15, 2023. *Id.* Finally, the Court scheduled a settlement conference for September 12, 2023. *Id*.

      Pending before the Court is the parties' request to vacate the settlement conference and second stipulated request to modify the case schedule, filed on September 1, 2023 – *i.e.*, two days after the close of nonexpert discovery and the deadline for initial expert disclosures. (Doc. 36).

The parties request an extension in light of the ongoing criminal prosecution of Mr. Madrigal, rendering him unavailable to appear for deposition, and Plaintiff's recent discovery of another "theoretical statutory wrongful death claimant." *Id*. at 2.

The parties' open-ended request for an extension of discovery pertaining to nonexperts and expert disclosures is untimely as some of the dates the parties seek to extend already have expired. *See* Local Rule 144(d).  Although the Court is cognizant that Plaintiff only recently learned of the existence of Mr. Vasques, it was incumbent on the parties to timely file any stipulation for discovery extension when it became clear such an extension would be necessary (not later than August 22, 2023, when counsel transmitted a letter to Mr. Vasques).

The parties' stipulation and supporting declaration of counsel set forth good cause for the limited purpose of extending the time to facilitate nonexpert discovery pertaining to Mr. Vasques and for deposing Mr. Madrigal.  Based on the record, no other extensions are warranted; however, the Court will permit the parties to continue undertaking expert discovery concurrent with the limited extension of nonexpert discovery ordered herein.

Accordingly, it is HEREBY ORDERED:

1. Consistent with its earlier Order (Doc. 34), nonexpert discovery is closed with the following exception:  the period for undertaking nonexpert discovery pertaining to Mr. Antonio Vasques and for deposing Mr. Adrian Madrigal is extended to January 30, 2024;

2. The time for completing expert discovery is extended to January 30, 2024; and

3. The September 12, 2023, settlement conference is VACATED.

IT IS SO ORDERED.

Dated:   **September 5, 2023**                                    _____
                                                                                               UNITED STATES MAGISTRATE JUDGE